IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                              :        Chapter 13


Kamiesha L Ball                     :        Case No. 17-15739-jkf
xxx-xx-4674



        Debtor



            ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
               FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

     The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

     IT IS THEREFORE ORDERED that the employer of the debtor shall
deduct from the wages of the debtor, beginning with the next pay
period after receipt of the Order the sum of

                $100.00 EVERY TWO WEEKS.

     The employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below

**Date: January 8, 2018**

HONORABLE JEAN K. FITZSIMON          DATED:
UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:              David M. Offen Esq.
Frederick L Reigle, Trustee          Suite 160 West, Curtis Ctr.
P.O. Box 680                         Philadelphia, PA 19106
Memphis, TN  38101-1799              (215) 625-9600

Payroll Controller
AmeriHealth Caritas Services, LLC
200 Stevens Drive, Suite 350
Philadelphia, PA 19113