United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kamiesha L Ball
    Debtor

Case No. 17-15739-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jan 08, 2018
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
db         +Kamiesha L Ball,   5639 Ridgewood Street,   Philadelphia, PA 19143-4609
            +Payroll Controller,   AmeriHealth Caritas Services, LLC,   200 Stevens Drive,   Suite 350,
              Philadelphia, PA 19113-1520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
         DAVID M. OFFEN    on behalf of Debtor Kamiesha L Ball dmo160west@gmail.com,
          davidoffenecf@gmail.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor   CMG Mortgage, Inc. bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        Chapter 13

Kamiesha L Ball                       :        Case No. 17-15739-jkf
xxx-xx-4674

         Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

         $100.00 EVERY TWO WEEKS.

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

*[Signature]*

**Date: January 8, 2018**

HONORABLE JEAN K. FITZSIMON        DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:              David M. Offen Esq.
Frederick L Reigle, Trustee          Suite 160 West, Curtis Ctr.
P.O. Box 680                         Philadelphia, PA 19106
Memphis, TN  38101-1799              (215) 625-9600

Payroll Controller
AmeriHealth Caritas Services, LLC
200 Stevens Drive, Suite 350
Philadelphia, PA 19113