| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-15739-AMC**

KAMIESHA L. BALL  
5639 RIDGEWOOD STREET  
PHILADELPHIA  PA   19143

Petition Filed Date: 08/25/2017  
341 Hearing Date: 10/13/2017  
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $100.00 | 11738976 | 01/22/2019 | $100.00 | 12048417 | 02/05/2019 | $100.00 | 12418856 |
| 02/19/2019 | $100.00 | 12815608 | 03/05/2019 | $100.00 | 13134158 | 03/22/2019 | $100.00 | 13542541 |
| 04/01/2019 | $100.00 | 13945003 | 04/12/2019 | $100.00 | 14345123 | 04/30/2019 | $100.00 | 14745580 |
| 05/13/2019 | $100.00 | 15109627 | 05/24/2019 | $100.00 | 15556806 | 06/10/2019 | $100.00 | 15896104 |
| 06/24/2019 | $100.00 | 16300358 | 07/09/2019 | $100.00 | 16784946 | 07/22/2019 | $100.00 | 17145654 |
| 08/05/2019 | $100.00 | 17560587 | 08/19/2019 | $100.00 | 17906334 | 09/03/2019 | $100.00 | 18321698 |
| 09/13/2019 | $100.00 | 18659488 | 09/27/2019 | $100.00 | 19076616 | 10/16/2019 | $100.00 | 19414018 |
| 10/29/2019 | $100.00 | 19810059 | 11/12/2019 | $100.00 | 20215684 | 11/26/2019 | $100.00 | 20583054 |
| 12/09/2019 | $100.00 | 20944872 | 12/26/2019 | $100.00 | 21341642 | 01/06/2020 | $100.00 | 21707059 |
| 01/17/2020 | $100.00 | 22086365 | 02/05/2020 | $100.00 | 22485704 | 02/14/2020 | $100.00 | 22859522 |
| 03/02/2020 | $100.00 | 23213007 | 03/13/2020 | $100.00 | 23605095 | 03/30/2020 | $100.00 | 24023992 |
| 04/10/2020 | $100.00 | 24401082 | 04/27/2020 | $100.00 | 24678720 | 05/12/2020 | $100.00 | 24965350 |
| 05/22/2020 | $100.00 | 25210931 | 06/11/2020 | $100.00 | 25437880 | 06/19/2020 | $100.00 | 25669740 |
| 07/06/2020 | $100.00 | 25884257 | 07/21/2020 | $100.00 | 26124158 | 08/04/2020 | $100.00 | 26351322 |

**Total Receipts for the Period: $4,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR  »» 005 | Unsecured Creditors | $157.00 | $0.00 | $157.00 |
| 4 | AMERICAN INFOSOURCE LP  »» 004 | Unsecured Creditors | $772.88 | $0.00 | $772.88 |
| 9 | ASHLEY FUNDING SVCS LLC  »» 009 | Unsecured Creditors | $540.87 | $0.00 | $540.87 |
| 12 | ATLAS ACQUISITIONS LLC  »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CENLAR FSB  »» 011 | Mortgage Arrears | $1,151.41 | $796.63 | $354.78 |
| 2 | UNITED STATES TREASURY (IRS)  »» 02P | Priority Crediors | $1,732.87 | $1,732.87 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)  »» 02U | Unsecured Creditors | $41.85 | $0.00 | $41.85 |
| 10 | LVNV FUNDING LLC  »» 010 | Unsecured Creditors | $288.27 | $0.00 | $288.27 |
| 13 | MOMA FUNDING LLC  »» 013 | Unsecured Creditors | $830.34 | $0.00 | $830.34 |

**Chapter 13 Case No. 17-15739-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | MOMA FUNDING LLC<br>»» 014 | Unsecured Creditors | $201.67 | $0.00 | $201.67 |
| 8 | NAVIENT SOLUTIONS INC<br>»» 008 | Unsecured Creditors | $15,939.13 | $0.00 | $15,939.13 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $5,378.00 | $0.00 | $5,378.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,495.58 | $0.00 | $8,495.58 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,052.10 | $0.00 | $2,052.10 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $561.27 | $0.00 | $561.27 |
| 15 | DAVID M OFFEN ESQUIRE<br>»» 015 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,800.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $6,029.50 | Arrearages: | ($200.00) |
| Paid to Trustee: | $590.50 | Total Plan Base: | $10,600.00 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.