| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-15739-AMC**

KAMIESHA L. BALL
5639 RIDGEWOOD STREET
PHILADELPHIA  PA   19143

Petition Filed Date: 08/25/2017
341 Hearing Date: 10/13/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $100.00 | 21707059 | 01/17/2020 | $100.00 | 22086365 | 02/05/2020 | $100.00 | 22485704 |
| 02/14/2020 | $100.00 | 22859522 | 03/02/2020 | $100.00 | 23213007 | 03/13/2020 | $100.00 | 23605095 |
| 03/30/2020 | $100.00 | 24023992 | 04/10/2020 | $100.00 | 24401082 | 04/27/2020 | $100.00 | 24678720 |
| 05/12/2020 | $100.00 | 24965350 | 05/22/2020 | $100.00 | 25210931 | 06/11/2020 | $100.00 | 25437880 |
| 06/19/2020 | $100.00 | 25669740 | 07/06/2020 | $100.00 | 25884257 | 07/21/2020 | $100.00 | 26124158 |
| 08/04/2020 | $100.00 | 26351322 | 08/17/2020 | $100.00 | 26557408 | 09/01/2020 | $100.00 | 26797029 |
| 09/14/2020 | $100.00 | 27025885 | 09/29/2020 | $100.00 | 27226381 | 10/14/2020 | $100.00 | 27441749 |
| 10/27/2020 | $100.00 | 27685945 | 11/10/2020 | $100.00 | 27905193 | 11/24/2020 | $100.00 | 28142715 |
| 12/08/2020 | $100.00 | 28374608 | 12/22/2020 | $100.00 | 28629503 | 01/07/2021 | $100.00 | 28827145 |
| 01/19/2021 | $100.00 | 29094418 | 02/01/2021 | $100.00 | 29326722 | 02/12/2021 | $100.00 | 29554663 |
| 03/08/2021 | $100.00 | 29798119 | 03/17/2021 | $100.00 | 30056697 | 03/29/2021 | $100.00 | 30291970 |
| 04/12/2021 | $100.00 | 30523755 | 04/27/2021 | $100.00 | 30772174 | 05/10/2021 | $100.00 | 31043744 |
| 05/26/2021 | $100.00 | 31250918 | | | | | | |

**Total Receipts for the Period: $3,700.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $157.00 | $0.00 | $157.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $772.88 | $36.63 | $736.25 |
| 9 | ASHLEY FUNDING SVCS LLC<br>»» 009 | Unsecured Creditors | $540.87 | $17.10 | $523.77 |
| 12 | ATLAS ACQUISITIONS LLC<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CENLAR FSB<br>»» 011 | Mortgage Arrears | $1,151.41 | $1,151.41 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $1,732.87 | $1,732.87 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $41.85 | $0.00 | $41.85 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $288.27 | $0.00 | $288.27 |
| 13 | MOMA FUNDING LLC<br>»» 013 | Unsecured Creditors | $830.34 | $30.64 | $799.70 |
| 14 | MOMA FUNDING LLC<br>»» 014 | Unsecured Creditors | $201.67 | $0.00 | $201.67 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | NAVIENT SOLUTIONS INC<br>»» 008 | Unsecured Creditors | $15,939.13 | $755.03 | $15,184.10 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $5,378.00 | $254.75 | $5,123.25 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,495.58 | $402.45 | $8,093.13 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,052.10 | $97.23 | $1,954.87 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $561.27 | $17.75 | $543.52 |
| 15 | DAVID M OFFEN ESQUIRE<br>»» 015 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,900.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $7,995.86 | Arrearages: | ($300.00) |
| Paid to Trustee: | $755.50 | Total Plan Base: | $10,600.00 |
| Funds on Hand: | $148.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/  for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.