IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Kamiesha L Ball | : | No. 17-15739-AMC |
| Debtor | : | |

ANSWER TO MOTION OF CMG MORTGAGE, INC.
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND
<u>CERTIFICATE OF SERVICE</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments were missed. Debtor was ill and missed payments due to being ill. Denied as to the amount.

7. Debtor is uncertain of the amount not paid.

8. Debtor was ill and unable to make payments.

9. Admitted.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 10/01/2021

A copy of this Answer is being served on Rebecca Ann Solarz, Esquire, and the Chapter 13 Trustee.