| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-15739-AMC

KAMIESHA L. BALL
5639 RIDGEWOOD STREET
PHILADELPHIA  PA    19143

Petition Filed Date: 08/25/2017
341 Hearing Date: 10/13/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $100.00 | 30523755 | 04/27/2021 | $100.00 | 30772174 | 05/10/2021 | $100.00 | 31043744 |
| 05/26/2021 | $100.00 | 31250918 | 09/28/2021 | $100.00 | 33430076 | 10/12/2021 | $100.00 | 33646085 |
| 10/26/2021 | $100.00 | 33898405 | 11/09/2021 | $100.00 | 34144498 | 11/23/2021 | $100.00 | 34385424 |
| 12/09/2021 | $100.00 | 34638649 | 12/21/2021 | $100.00 | 34876811 | 01/04/2022 | $100.00 | 35126603 |
| 01/24/2022 | $100.00 | 35361395 | 02/08/2022 | $100.00 | 35602192 | 02/16/2022 | $100.00 | 35855590 |
| 02/25/2022 | $100.00 | 36101737 | 03/15/2022 | $100.00 | 36377517 | 03/29/2022 | $100.00 | 36599506 |
| 04/13/2022 | $100.00 | 36889772 | 04/26/2022 | $100.00 | 37108941 | 05/10/2022 | $100.00 | 37372253 |
| 05/24/2022 | $100.00 | 37637729 | 06/02/2022 | $100.00 | 37783953 | 06/21/2022 | $100.00 | 38101233 |
| 07/06/2022 | $100.00 | 38336608 | 07/19/2022 | $100.00 | 38593544 | 08/03/2022 | $100.00 | 38827042 |

**Total Receipts for the Period: $2,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  005 | Unsecured Creditors | $157.00 | $0.00 | $157.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»»  004 | Unsecured Creditors | $772.88 | $36.63 | $736.25 |
| 9 | ASHLEY FUNDING SVCS LLC<br>»»  009 | Unsecured Creditors | $540.87 | $17.10 | $523.77 |
| 12 | ATLAS ACQUISITIONS LLC<br>»»  012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CENLAR FSB<br>»»  011 | Mortgage Arrears | $1,151.41 | $1,151.41 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02P | Priority Crediors | $1,732.87 | $1,732.87 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02U | Unsecured Creditors | $41.85 | $0.00 | $41.85 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $288.27 | $15.89 | $272.38 |
| 13 | MOMA FUNDING LLC<br>»»  013 | Unsecured Creditors | $830.34 | $45.74 | $784.60 |
| 14 | MOMA FUNDING LLC<br>»»  014 | Unsecured Creditors | $201.67 | $0.00 | $201.67 |
| 8 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»»  008 | Unsecured Creditors | $15,939.13 | $877.99 | $15,061.14 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  001 | Unsecured Creditors | $5,378.00 | $296.24 | $5,081.76 |

**Chapter 13 Case No. 17-15739-AMC**

| | | | | | |
|---|---|---|---:|---:|---:|
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,495.58 | $467.99 | $8,027.59 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,052.10 | $113.06 | $1,939.04 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $561.27 | $17.75 | $543.52 |
| 15 | DAVID M OFFEN ESQUIRE<br>»» 015 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 15 | CITIBANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | COMENITY BANK/VICTORIA SECRET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CENLAR FSB<br>»» 11P | Mortgage Arrears | $7,473.06 | $1,089.99 | $6,383.07 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $750.00 | $0.00 | $750.00 |
| 0 | DAVID M OFFEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---:|---|---|---:|
| Total Receipts: | $11,200.00 | | Current Monthly Payment: | $280.00 |
| Paid to Claims: | $9,362.66 | | Arrearages: | $280.00 |
| Paid to Trustee: | $941.50 | | Total Plan Base: | $18,480.00 |
| Funds on Hand: | $895.84 | | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.