IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                :    CHAPTER 13

Kamiesha L. Ball      :    NO. 17-15739 AMC

OBJECTION TO CERTIFICATE OF DEFAULT AND CERTIFICATE OF SERVICE

Debtor, by her counsel, objects to the certificate of default and request the Court not enter a relief order and to please hold a hearing due to the following:

1. Debtor paid up to date and they put her payments in un-applied funds.

2. Debtor fell behind because 72 members of her family have died since the start of the pandemic causing her to have an emotional break down and miss 2 months of work.

/s/David M. Offen
David M. Offen
Attorney for Debtor
601 Walnut Street, Suite 160
Philadelphia, Pa. 19106
215-625-9600
info@offenlaw.com

A copy of this Objection is being served on Denise Carlon, Esquire and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen
Attorney for Debtor