United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15739-amc |
| Kamiesha L Ball | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 04, 2022 | Form ID: 167 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kamiesha L Ball, 5639 Ridgewood Street, Philadelphia, PA 19143-4609 |
| 13973139 | + | Cmg Mortgage Inc, 3160 Crow Canyon Rd Ste, San Ramon, CA 94583-1382 |
| 13973145 | | Laboratory Corp. of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |
| 13973147 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14003800 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Oct 05 2022 00:01:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 13998987 | | Email/Text: bnc@atlasacq.com | Oct 05 2022 00:01:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 14685169 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 05 2022 00:01:00 | Amerihome Mortgage Company LLC, C/O CENLAR FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14030581 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2022 00:11:26 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14035928 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 05 2022 00:01:00 | CMG Mortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13973136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2022 00:11:26 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13973138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 00:11:30 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13973140 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 00:01:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13973141 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 00:01:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13973142 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 00:01:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13973143 | + | Email/PDF: pa_dc_ed@navient.com | Oct 05 2022 00:11:26 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13973144 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2022 00:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14030589 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2022 00:11:23 | LVNV Funding, LLC its successors and assigns as, assignee of Nextel Communications, Inc., |

Case 17-15739-amc    Doc 63    Filed 10/06/22    Entered 10/07/22 00:30:07    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2022 | Form ID: 167 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14012792 | Email/PDF: pa_dc_ed@navient.com | Oct 05 2022 00:11:30 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13989012 | Email/PDF: cbp@onemainfinancial.com | Oct 05 2022 00:11:23 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13973146 + | Email/PDF: cbp@onemainfinancial.com | Oct 05 2022 00:11:30 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14012158 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2022 00:11:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14061098 + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2022 00:11:30 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14036764 | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2022 00:01:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14004577 | Email/PDF: ebn_ais@aisinfo.com | Oct 05 2022 00:11:24 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14009071 | Email/PDF: ebn_ais@aisinfo.com | Oct 05 2022 00:11:24 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13973147 + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 05 2022 00:11:30 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14003800 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 05 2022 00:11:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14036090 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 13973137 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CMG Mortgage Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Kamiesha L Ball dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Amerihome Mortgage Company LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kamiesha L Ball
    Debtor(s)

Case No: 17−15739−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Amerihome Mortgage Company LLC Filed by Kamiesha L Ball (related document(s)59).

    on: 11/16/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/4/22

Timothy B. McGrath
Clerk of Court