IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                    |   |                  |
|--------------------|---|------------------|
| IN RE:             | : | CHAPTER 13       |
|                    | : |                  |
| Kamiesha L Ball    | : | No. 17-15739-AMC |
| Debtor             | : |                  |

<u>ORDER</u>

AND NOW, this ____19th____ day of _____July_____, 2023,
upon consideration of the Motion to Modify Plan After
Confirmation, it is hereby ORDERED, that the Debtor's confirmed
plan is modified and the modified plan filed as a proposed
modified plan on the docket shall be the new plan.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE