| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 17-15739-AMC**

KAMIESHA L. BALL
5639 RIDGEWOOD STREET
PHILADELPHIA PA  19143

Petition Filed Date: 08/25/2017
341 Hearing Date: 10/13/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $100.00 | 38827042 | 08/16/2022 | $100.00 | 39044379 | 09/27/2022 | $100.00 | 39766900 |
| 10/12/2022 | $100.00 | 39983411 | 10/24/2022 | $100.00 | 40211858 | 11/08/2022 | $100.00 | 40460420 |
| 11/16/2022 | $100.00 | 40661960 | 12/07/2022 | $100.00 | 40927051 | 12/20/2022 | $100.00 | 41169173 |
| 01/04/2023 | $100.00 | 41381889 | 01/18/2023 | $100.00 | 41629902 | 01/31/2023 | $100.00 | 41851617 |
| 02/14/2023 | $100.00 | 42084422 | 02/28/2023 | $100.00 | 42302329 | 03/13/2023 | $100.00 | 42553209 |
| 03/24/2023 | $100.00 | 42777045 | 04/10/2023 | $100.00 | 43016336 | 04/25/2023 | $100.00 | 43223066 |
| 05/08/2023 | $100.00 | 43477516 | 05/19/2023 | $100.00 | 43714234 | 06/01/2023 | $100.00 | 43854706 |
| 06/20/2023 | $100.00 | 44149881 | 07/05/2023 | $100.00 | 44375490 | 07/10/2023 | $40.00 | |
| 07/18/2023 | $100.00 | 44631256 | 07/24/2023 | $40.00 | | 08/01/2023 | $100.00 | 44839252 |

**Total Receipts for the Period: $2,580.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,680.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $157.00 | $0.00 | $157.00 |
| 4 | T-MOBILE USA INC<br>»» 004 | Unsecured Creditors | $772.88 | $36.63 | $736.25 |
| 9 | ASHLEY FUNDING SVCS LLC<br>»» 009 | Unsecured Creditors | $540.87 | $17.10 | $523.77 |
| 12 | ATLAS ACQUISITIONS LLC<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CENLAR FSB<br>»» 11A | Mortgage Arrears | $1,151.41 | $1,151.41 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $1,732.87 | $1,732.87 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $41.85 | $0.00 | $41.85 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $288.27 | $15.89 | $272.38 |
| 13 | MOMA FUNDING LLC<br>»» 013 | Unsecured Creditors | $830.34 | $45.74 | $784.60 |
| 14 | MOMA FUNDING LLC<br>»» 014 | Unsecured Creditors | $201.67 | $0.00 | $201.67 |
| 8 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 008 | Unsecured Creditors | $15,939.13 | $877.99 | $15,061.14 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $5,378.00 | $296.24 | $5,081.76 |

**Chapter 13 Case No. 17-15739-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,495.58 | $467.99 | $8,027.59 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,052.10 | $113.06 | $1,939.04 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $561.27 | $17.75 | $543.52 |
| 15 | DAVID M OFFEN ESQUIRE<br>»» 015 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 15 | CITIBANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | COMENITY BANK/VICTORIA SECRET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CENLAR FSB<br>»» 11B | Mortgage Arrears | $7,473.06 | $2,285.99 | $5,187.07 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $750.00 | $0.00 | $750.00 |
| 0 | DAVID M OFFEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 18 | CENLAR FSB<br>»» 11C | Mortgage Arrears | $1,607.99 | $0.00 | $1,607.99 |
| 0 | DAVID M OFFEN ESQ | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,680.00 | Current Monthly Payment: | $567.00 |
| Paid to Claims: | $10,558.66 | Arrearages: | $187.00 |
| Paid to Trustee: | $1,149.70 | Total Plan Base: | $21,238.00 |
| Funds on Hand: | $1,971.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.