IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kamiesha L Ball | : | Case No. 17-15739-AMC |
| xxx-xx-4674 | | |
| Debtor | | |

### ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named Debtor is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

**$283.50 EVERY TWO (2) WEEKS**.

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

All prior Wages Orders are TERMINATED.

Date: Feb. 8, 2024

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

David M. Offen Esquire
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
(215) 625-9600

Payroll Controller
AmeriHealth Caritas Services, LLC
200 Stevens Drive, Suite 350
Philadelphia, PA 19113