IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kamiesha L Ball | : | Case No. 17-15739-AMC |
| xxx-xx-4674 | : | |
| Debtor | : | |

### ORDER

AND NOW, this 19th day of July, 2024, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE