United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kamiesha L Ball  
    Debtor

Case No. 17-15739-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3  
Date Rcvd: Aug 20, 2024    Form ID: 138OBJ    Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kamiesha L Ball, 5639 Ridgewood Street, Philadelphia, PA 19143-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 20 2024 23:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2024 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13998987 | | Email/Text: bnc@atlasacq.com | Aug 20 2024 23:17:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 14685169 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 20 2024 23:17:00 | Amerihome Mortgage Company LLC, C/O CENLAR FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14030581 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 23:26:25 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14035928 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 20 2024 23:17:00 | CMG Mortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13973136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2024 23:26:38 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13973138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2024 23:26:32 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13973139 | ^ | MEBN | Aug 20 2024 23:16:32 | Cmg Mortgage Inc, 3160 Crow Canyon Rd Ste, San Ramon, CA 94583-1368 |
| 13973140 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2024 23:17:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13973141 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2024 23:17:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13973142 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2024 23:17:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13973143 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 20 2024 23:26:39 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13973144 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 17-15739-amc   Doc 110   Filed 08/22/24   Entered 08/23/24 07:42:27   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 20 2024 23:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13973145 | | Email/Text: govtaudits@labcorp.com | Aug 20 2024 23:17:00 | Laboratory Corp. of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14030589 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 23:26:32 | LVNV Funding, LLC its successors and assigns as, assignee of Nextel Communications, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14012792 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 20 2024 23:26:25 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13989012 | | Email/PDF: cbp@omf.com | Aug 20 2024 23:26:31 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13973146 | + | Email/PDF: cbp@omf.com | Aug 20 2024 23:26:37 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14012158 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 23:26:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14061098 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 23:26:33 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14036764 | | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2024 23:17:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14004577 | | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 23:26:27 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14009071 | | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 23:26:27 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13973147 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 20 2024 23:26:26 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14003800 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 20 2024 23:26:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14036090 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 13973137 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 20, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

Date: Aug 22, 2024  Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:**

**Name**  **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Kamiesha L Ball dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Amerihome Mortgage Company LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 109 − 108

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Kamiesha L Ball ) Case No. 17−15739−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 20, 2024                                              For The Court

                                                                        Timothy B. McGrath
                                                                       Clerk of Court