| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 17-15739-AMC**

KAMIESHA L.  BALL
5639 RIDGEWOOD STREET
PHILADELPHIA  PA    19143

Petition Filed Date: 08/25/2017
341 Hearing Date: 10/13/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $100.00 | 44839252 | 08/14/2023 | $100.00 | 45083967 | 08/28/2023 | $100.00 | 45286494 |
| 09/07/2023 | $100.00 | 45521094 | 09/25/2023 | $100.00 | 45790432 | 10/11/2023 | $100.00 | 46039920 |
| 10/23/2023 | $100.00 | 46272847 | 11/07/2023 | $100.00 | 46489579 | 11/21/2023 | $100.00 | 46723485 |
| 12/05/2023 | $100.00 | 46937808 | 12/28/2023 | $100.00 | 47189089 | 01/03/2024 | $100.00 | 47330024 |
| 01/16/2024 | $100.00 | 47620540 | 01/30/2024 | $100.00 | 47847040 | 02/13/2024 | $100.00 | 48075230 |
| 02/15/2024 | $2,839.00 |  | 02/22/2024 | $100.00 | 48306724 | 03/11/2024 | $283.50 | 48525631 |
| 03/27/2024 | $283.50 | 48785432 | 04/10/2024 | $283.50 | 48979249 | 04/23/2024 | $283.50 | 49226859 |
| 05/07/2024 | $283.50 | 49475955 | 05/21/2024 | $283.50 | 49689506 | 05/29/2024 | $283.50 | 49877128 |
| 06/18/2024 | $283.50 | 50211973 | 07/02/2024 | $283.50 | 50450354 |  |  |  |

**Total Receipts for the Period:  $6,990.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $20,570.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  005 | Unsecured Creditors | $157.00 | $0.00 | $157.00 |
| 4 | T-MOBILE USA INC<br>»»  004 | Unsecured Creditors | $772.88 | $36.63 | $736.25 |
| 9 | ASHLEY FUNDING SVCS LLC<br>»»  009 | Unsecured Creditors | $540.87 | $17.10 | $523.77 |
| 12 | ATLAS ACQUISITIONS LLC<br>»»  012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CENLAR FSB<br>»»  11A | Mortgage Arrears | $1,151.41 | $1,151.41 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02P | Priority Crediors | $1,732.87 | $1,732.87 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02U | Unsecured Creditors | $41.85 | $0.00 | $41.85 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $288.27 | $15.89 | $272.38 |
| 13 | MOMA FUNDING LLC<br>»»  013 | Unsecured Creditors | $830.34 | $45.74 | $784.60 |
| 14 | MOMA FUNDING LLC<br>»»  014 | Unsecured Creditors | $201.67 | $0.00 | $201.67 |
| 8 | AIDVANTAGE on behalf of DEPT OF ED<br>»»  008 | Unsecured Creditors | $16,939.13 | $877.99 | $16,061.14 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  001 | Unsecured Creditors | $5,378.00 | $296.24 | $5,081.76 |

**Chapter 13 Case No. 17-15739-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,495.58 | $467.99 | $8,027.59 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,052.10 | $113.06 | $1,939.04 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $561.27 | $17.75 | $543.52 |
| 15 | DAVID M OFFEN ESQUIRE<br>»» 015 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 15 | CITIBANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | COMENITY BANK/VICTORIA SECRET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CENLAR FSB<br>»» 11B | Mortgage Arrears | $7,473.06 | $7,189.23 | $283.83 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $700.00 | $700.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 18 | CENLAR FSB<br>»» 11C | Mortgage Arrears | $1,607.99 | $1,508.18 | $99.81 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,570.50 | Current Monthly Payment: | $567.00 |
| Paid to Claims: | $18,670.08 | Arrearages: | $667.50 |
| Paid to Trustee: | $1,834.75 | Total Plan Base: | $21,238.00 |
| Funds on Hand: | $65.67 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.