UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| Kamiesha L. Ball | : Chapter 13 |
| | : |
| Debtor | : Bankruptcy No. 17-15739 AMC |

### PRAECIPE

Kindly withdraw the Trustee's Notice of Completion of Plan Payments filed on or about August 19, 2024 at docket entry number 108 in the above referenced case.

Respectfully submitted,

Date: September 9, 2024

*/s/Scott F. Waterman*
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA  19606
Telephone:  (610) 779-1313