United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kamiesha L Ball  
    Debtor

Case No. 17-15739-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Apr 17, 2025     Form ID: 138OBJ     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kamiesha L Ball, 5639 Ridgewood Street, Philadelphia, PA 19143-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 18 2025 02:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2025 02:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13998987 | | Email/Text: bnc@atlasacq.com | Apr 18 2025 02:27:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 14685169 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 18 2025 02:27:00 | Amerihome Mortgage Company LLC, C/O CENLAR FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14030581 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:34:38 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14035928 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 18 2025 02:27:00 | CMG Mortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13973136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 02:34:54 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13973138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:45:34 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13973139 | ^ | MEBN | Apr 18 2025 02:24:55 | Cmg Mortgage Inc, 3160 Crow Canyon Rd Ste, San Ramon, CA 94583-1368 |
| 13973140 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2025 02:27:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13973141 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2025 02:27:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13973142 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2025 02:27:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13973143 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 18 2025 02:34:49 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13973144 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 17-15739-amc   Doc 125   Filed 04/19/25   Entered 04/20/25 00:34:54   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 138OBJ | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| | | Apr 18 2025 02:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13973145 | Email/Text: govtaudits@labcorp.com | Apr 18 2025 02:27:00 | Laboratory Corp. of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14030589 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:34:50 | LVNV Funding, LLC its successors and assigns as, assignee of Nextel Communications, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14012792 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 18 2025 02:34:39 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13989012 | Email/PDF: cbp@omf.com | Apr 18 2025 02:34:38 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13973146 | + Email/PDF: cbp@omf.com | Apr 18 2025 02:35:05 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14012158 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 02:34:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14061098 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 02:34:39 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14036764 | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2025 02:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14004577 | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2025 02:34:38 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14009071 | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2025 02:34:54 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13973147 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 18 2025 02:35:06 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14003800 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 18 2025 02:45:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14036090 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 13973137 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 17, 2025 | Form ID: 138OBJ | Total Noticed: 27

Date: Apr 19, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

**Name** | **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Kamiesha L Ball dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Amerihome Mortgage Company LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 122 − 108

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Kamiesha L Ball  )  Case No. 17−15739−amc
  )
  )
  Debtor(s).  )  Chapter: 13
  )
  )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 17, 2025

For The Court

Timothy B. McGrath
Clerk of Court